UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Peter J. D'Auria, Esquire (PD 3709)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| _____ | : | Case No. 14-23412 (NLW) |
| In re | : | Chapter 7 |
| | : | |
| Michael Moshe Cohen, | : | The Honorable Novalyn L. Winfield |
| | : | |
| | : | Hearing Date: November 10, 2014, at 10:00 a.m. |
| Debtor. | : | |
| _____ | : | **ORAL ARGUMENT IS WAIVED UNLESS OPPOSITION FILED** |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE FOR AN ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO DECEMBER 8, 2014**

**TO:    ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the United States Trustee, by and through counsel, shall move before The Honorable Novalyn L. Winfield, United States Bankruptcy Judge, on November 10, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, pursuant to Federal Rule of Bankruptcy Procedure 1017(e)(1) and 4004 for an Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to December 8, 2014, and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Certification submitted herewith.   Because no novel, unique or complicated issues of law are presented, no brief has been filed pursuant to D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than seven (7) days in advance of the hearing date pursuant to D.N.J. LBR 9013-1(d).   If no opposing papers are filed and served within the required time, the Motion shall be deemed uncontested pursuant to D.N.J. LBR 9013-1(a) and an Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to December 8, 2014, may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(f) oral argument is waived unless this Motion is opposed.

        ROBERTA A. DeANGELIS
        UNITED STATES TRUSTEE
        REGION 3

        By: */s/Peter J. D'Auria*
           Peter J. D'Auria
           Trial Attorney

DATED: October 7, 2014