Michael M. Cohen, *Pro Se*
7 Stanford Court
West Orange, NJ 07052
(917) 714-8929

**FILED**
**James J. Waldron**

MAR 0 2 2015

U.S. Bankruptcy Court
Newark, New Jersey
BY_____Deputy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>MICHAEL MOSHE COHEN,<br>     Debtor. | Chapter 7<br>Case No. 14-23412 (NLW)<br><br>Hearing Date: March 9, 2015 @ 10:00 a.m. |

### CERTIFICATION OF MICHAEL MOSHE COHEN IN OPPOSTION TO MOTION

Michael Moshe Cohen hereby certifies:

1. I am the Debtor in the above captioned matter.

2. I am familiar with the facts and circumstances involved in this matter.

3. I certify that all factual statements contained in my Memorandum in Opposition to the instant Motion ("Memorandum") are true as based upon my personal knowledge except as set forth herein below in Paragraphs 5 and 6 of this Certification.

4. I certify that the following Paragraphs of my Memorandum are believed to be true by me based upon Information and Belief: 4,8,9,13,17,22,27,28.

5. The following Paragraphs of my Memorandum at not subject to this Certification constituting arguments and conclusions that I base upon supposition and not knowledge, information or belief: 1-3,7,10,11,12,14,15,16,18,19,20,21,23-26,29-37.

6. The foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false I am subject to punishment.

Dated: March 2, 2015

_____
Michael Moshe Cohen
*Pro Se*